F. Carrera y Hno., Demandante y Apelada, *v.* New York and Porto Rico Steamship Company, Demandada y Apelante.

Apelación procedente de la Corte de Distrito de Mayagüez en pleito sobre *injunction* e indemnización de perjuicios.

No. 1711.—Resuelto en marzo 21, 1918.

Resuelto por los fundamentos de la opinión emitida en el caso No. 1712, *Moral y Compañía* v. *New York & Porto Rico Steamship Company,* p. 241.

Abogado de la apelante: *Sr. Charles Hartzell.*
Abogado de la apelada: *Sr. Angel A. Vázquez.*

> *Confirmada la sentencia apelada, pero modificándola en cuanto a los daños que se fijan en $1.00 y revocada en cuanto a honorarios de abogado.*

Jueces concurrentes: Sres. Asociados Wolf, del Toro y Hutchison.

El Presidente Sr. Hernández y el Asociado Sr. Aldrey no intervinieron.